# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Civil Action No.: 2:21-cv-00244-JRG <br><br><br> **Jury Trial Demanded** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Pursuant to the Court's June 3, 2014 Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiff K.Mizra LLC ("K.Mizra") and Defendant General Motors LLC ("GM") (the "Parties"), hereby notify the Court that an agreement in principle has been reached that will resolve all claims and matters in controversy in the above captioned action between the Parties. Therefore, the Parties respectfully request that all deadlines between them in the above-captioned litigation be stayed for thirty (30) days, up to and including February 18, 2022, to give the Parties adequate time to file appropriate dismissal papers upon execution of the long-form settlement agreement. There is good cause to stay all deadlines in view of the Parties' term sheet settling this matter. The Parties request this stay, not for the purposes of any delay, but so that they may finalize the long-form settlement agreement and file dismissal papers without incurring additional expenses. A proposed Order is attached.

| | |
|---|---|
| Dated:  January 19, 2022 | Respectfully submitted, |
| By: /s/ Patricia Y. Ho | By: /s/ Marissa Ducca |
| Michael C. Smith<br>State Bar No. 18650410<br>Michael.Smith@solidcounsel.com<br>Scheef & Stone, LLP<br>113 East Austin Street<br>Marshall, Texas  75670<br>Telephone: (903) 938-8900 | Victoria F. Maroulis - *Lead Trial Counsel*<br>*(admitted to practice in*<br>*the Eastern District of Texas)*<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood City, CA 94065<br>Telephone: (650) 801 5000 |
| Patricia Y. Ho - Lead Counsel<br>CO State Bar No. 38013<br>pho@sheridanross.com<br>Brian S. Boerman<br>CO State Bar No. 50834<br>bboerman@sheridanross.com<br>Scott R. Bialecki (admitted *pro hac vice*)<br>CO State Bar No. 23103<br>sbialecki@sheridanross.com<br>SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 863-9700<br>litigation@sheridanross.com | Marissa Ducca<br>*(admitted to practice in the*<br>*Eastern District of Texas)*<br>marissaducca@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1300 I St NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538 8000 |
| *Attorneys for Plaintiff K.Mizra LLC* | G. Blake Thompson<br>State Bar No. 24042033<br>blake@themannfirm.com<br>J. Mark Mann<br>State Bar No. 12926150<br>mark@themannfirm.com<br>MANN \| TINDEL \| THOMPSON<br>201 E. Howard St.<br>Henderson, TX 75654<br>Telephone: (903) 657-8540<br>Facsimile: (903) 657-6003<br><br>*Counsel for Defendant General Motors LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on January 19, 2022.

>  */s/* Thomas J. Armento
> Paralegal
> SHERIDAN ROSS P.C.
> 1560 Broadway, Suite 1200
> Denver, CO 80202
> Telephone:  (303) 863-9700
> Facsimile:  (303) 863-0223
> litigation@sheridanross.com

## **CERTIFICATE OF CONFERENCE**

The Parties state that (1) counsel have complied with the meet and confer requirements of Local Rule CV-7(h), and (2) that counsel for the Parties agree to the requested relief in this Motion.

> */s/* Patricia Y. Ho