IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Civil Action No.: 2:21-cv-00244-JRG<br><br>**Jury Trial Demanded** |

**JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)**

Plaintiff K.Mizra LLC ("Plaintiff") and Defendant General Motors LLC ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE. Plaintiff and Defendant, represented by their counsel, stipulate and agree as follows:

1. The complaint filed by Plaintiff against Defendant in the above-captioned case, including all claims and causes of action asserted by Plaintiff against Defendant are dismissed with prejudice to the Plaintiff re-filing same and without costs.

2. All counterclaims filed by Defendant against Plaintiff are dismissed with prejudice to re-filing the same and without costs.

3. Each of the parties to this joint motion is to bear its own costs and fees, including attorney's fees.

So agreed and stipulated.

The Proposed Order is attached as Exhibit A.

Dated: March 9, 2022                                         Respectfully submitted,

By: /s/ Patricia Y. Ho                                       By: /s/ Marissa Ducca
Michael C. Smith (State Bar No. 18650410)                    Victoria F. Maroulis - *Lead Trial Counsel*
Michael.Smith@solidcounsel.com                               *(admitted to practice in*
Scheef & Stone, LLP                                          *the Eastern District of Texas)*
113 East Austin Street                                       victoriamaroulis@quinnemanuel.com
Marshall, Texas  75670                                       QUINN EMANUEL URQUHART &
Telephone: (903) 938-8900                                    SULLIVAN, LLP
                                                             555 Twin Dolphin Dr., 5th Floor
Patricia Y. Ho - Lead Counsel                                Redwood City, CA 94065
CO State Bar No. 38013                                       Telephone: (650) 801 5000
       pho@sheridanross.com
Brian S. Boerman                                             Marissa Ducca
CO State Bar No. 50834                                       *(admitted to practice in the*
       bboerman@sheridanross.com                             *Eastern District of Texas)*
Scott R. Bialecki (admitted *pro hac vice*)                  marissaducca@quinnemanuel.com
CO State Bar No. 23103                                       QUINN EMANUEL URQUHART &
       sbialecki@sheridanross.com                            SULLIVAN, LLP
SHERIDAN ROSS P.C.                                           1300 I St NW, Suite 900
1560 Broadway, Suite 1200                                    Washington, D.C. 20005
Denver, Colorado 80202                                       Telephone: (202) 538 8000
Telephone: (303) 863-9700
litigation@sheridanross.com                                  G. Blake Thompson (State Bar No. 24042033)
                                                             blake@themannfirm.com
*Attorneys for Plaintiff K.Mizra LLC*                        J. Mark Mann (State Bar No. 12926150)
                                                             mark@themannfirm.com
                                                             MANN | TINDEL | THOMPSON
                                                             201 E. Howard St.
                                                             Henderson, TX 75654
                                                             Telephone: (903) 657-8540
                                                             Facsimile: (903) 657-6003

                                                             *Counsel for Defendant General Motors LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on March 9, 2022.

*/s/ Patricia Y. Ho*

## CERTIFICATE OF CONFERENCE

The Parties state that (1) counsel have complied with the meet and confer requirements of Local Rule CV-7(h), and (2) that counsel for the Parties agree to the requested relief in this Motion.

*/s/ Patricia Y. Ho*
